

**FILED**

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0553

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0553

JASON ROOD,

    Petitioner,

v.

VANCE LAUGHLIN, Warden,

    Respondent.

**FILED**

NOV 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Jason Rood has filed a Petition for a Writ of Habeas Corpus with this Court. Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 23ʳᵈ day of November, 2020.

_____
Justice